```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Krauchuk, et al.,

                              Plaintiffs,

               -against-

ASH/TEC. Inc., et al.,

                              Defendant.

----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

**7:24-cv-2417 KMK-VR**

**VICTORIA REZNIK, United States Magistrate Judge:**

     A Status Conference (via telephone) is hereby scheduled for **12/19/2024 at 10:30 am.** The parties are to dial in to the ATT conference line at **877-336-1839, enter access code 5999739** and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following:

     (1) a brief summary of claims, defenses, and relevant issues;
     (2) the basis of subject matter jurisdiction;
     (3) the subjects on which discovery may be needed;
     (4) any anticipated discovery disputes or sought-after limitations on discovery;
     (5) any plans for electronic discovery and ESI protocols;
     (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
     (7) any anticipated motions; and
     (8) the prospects and timing for early settlement or resolution.

     **SO ORDERED.**

DATED:    White Plains, New York
              November 14, 2024

                                                      _____
                                                        VICTORIA REZNIK
                                                       United States Magistrate Judge