```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Krauchuk,

                             Plaintiff(s),                    7:24 cv 2417 KMK-VR

        -against-                                     **ORDER**
ASH/TEC Inc. et al,

                            Defendant(s).
------------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

Please note the new dial in information for Judge Reznik's telephone conferences:

As of December 1, 2024, all telephone conferences will be conducted on Cisco Webex unless otherwise noted.

Dial into **855-244-8681; enter Meeting ID 2310 527 2044 and then # to enter the meeting**.

Please use this number for the conference on 12/19/24 at 10:30 am.

       **SO ORDERED.**

DATED:    White Plains, New York
                December 18, 2024

                                                _____
                                                VICTORIA REZNIK
                                                United States Magistrate Judge