UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Krauchuk et al,

                              Plaintiffs,

        -against-

ASH/TEC, INC. et al.,

                              Defendant.

----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

**7:24-cv-2417 KMK-VR**

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled for **April 7, 2025 at 11 am.**

The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference.

      **SO ORDERED.**

DATED:    White Plains, New York
             March 31, 2025

_____
VICTORIA REZNIK
United States Magistrate Judge